UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lap-Sun Chan

_____
Write the full name of each plaintiff.

-against-

Dan Cimponeriu M.D.

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**22**CV **CV 3749**

(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☑ No

2022 MAY -9 AM 9:42
RECEIVED
PRO SE OFFICE

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
§6532 Article 131-A, Medical Malpractice

_____

_____

_____

_____

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

**If the defendant is an individual:**

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

**If the defendant is a corporation:**

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Lap-Sun | | Chan | |
|---|---|---|---|
| First Name | Middle Initial | Last Name | |

PO Box 788442

| Street Address | | | |
|---|---|---|---|
| Brooklyn | | NY | 11238 |
| County, City | | State | Zip Code |

| | | |
|---|---|---|
| Telephone Number | | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Dan                          Cimponeriu
_____
First Name                   Last Name
MD
_____
Current Job Title (or other identifying information)
23-25 31st St
_____
Current Work Address (or other address where defendant may be served)
Queens                       NY                    11105
_____
County, City                 State                 Zip Code

Defendant 2:
_____
First Name                   Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                 State                 Zip Code

Defendant 3:
_____
First Name                   Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                 State                 Zip Code

Defendant 4: _____

    First Name                Last Name

_____

    Current Job Title (or other identifying information)

_____

    Current Work Address (or other address where defendant may be served)

_____

    County, City            State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York

_____

Date(s) of occurrence:  April 2021

_____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am delayed in filling this lawsuit because I was consulting attorneys and eventually decided to file the lawsuit pro se.

~~Dan Cimponeriu was a doctor I briefly saw in March 2021. His staff were immediately~~ rude to me. At first, I ignored it because my medical condition caused me pain and I just ~~wanted to see the doctor. Dr. Cimponeriu gave me very brief and mostly useless advice.~~ He seemed like he wanted to get me out of the office just so he could move on to the ~~next patient. This cost me $70 in copay, just to see him for a ten minute visit where he~~ got nothing done.

~~I was scheduled to do a procedure with him in April 2021 where I had to take a type of~~ medical fluid beforehand. His staff, which was comprised of three women in their 20s ~~who were about 5 foot tall, told me specifically that the office would mail this medical fluid~~ to me in time. On the last day, they told me, "Sorry, we didn't have time to send it to you. ~~You can get it yourself." I was angry. I said, "You want me, the patient, to go out and get~~ the medication?! How dare you!" The woman said, "I am sorry. We messed up." I angrily said, "I know you're sorry." She became angry and shouted, "How dare you condescend to me!!"

~~I'm the patient. When they say they're going to send me medication, they'd damn well~~ better send the fucking medication. I'm suing Dan Cimponeriu for $1,000,000.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The delay caused my medical condition to exacerbate. I am now permanently disabled.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am demanding $1,000,000 from Dan Cimponeriu, MD.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 5-8-2022 | | |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Lap-Sun | | Chan |
| First Name | Middle Initial | Last Name |
| PO Box 788442 | | |
| Street Address | | |
| Brooklyn | NY | 11238 |
| County, City | State | Zip Code |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.