UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAP-SUN CHAN,<br><br>                             Plaintiff,<br><br>        -against-<br><br>DAN CIMPONERIU, M.D.,<br><br>                            Defendant. | 22-CV-3749 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 8, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 8, 2022
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                           Chief United States District Judge